1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARLOS HERNANDEZ, an individual<br><br>                    Plaintiff,<br>vs.<br><br>COMMERCIAL PROPERTY MANAGEMENT, INC., a California corporation; and DOES 1 through 10, INCLUSIVE,<br><br>                    Defendants. | Case No. CV13-08239 AGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(a)<br><br>*STIPULATION FOR DISMISSAL WITH PREJUDICE FILED CONCURRENTLY HEREWITH*<br><br>Complaint Filed:     11/6/2013<br>Complaint Served:  11/8/2013 |

This cause came on for hearing on this date upon the Stipulation for Dismissal with Prejudice filed herein by Carlos Hernandez ("Plaintiff") and Commercial Property Management, Inc. ("Defendant").  The Court having examined said Stipulation and being fully advised on its premises, and good cause appearing:

   **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: April 3, 2014

_____
Hon. Alicia G. Rosenberg
United States Magistrate Judge

ORDER DISMISSING ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAILING LIST

Irvine 973092.1